FILED

06/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0183

THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0183

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LESLIE PAUL JONES

      Defendant and Appellant

_____

**ORDER**

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that appellant is granted an extension of time to and include July 8, 2021, within which to prepare, file and serve, Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 2 2021